# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Peter Anthony Thomas

Case Number: 3:24-cr-00136-KDB-SCR

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 26 USC 7202 | N/A | Up to 5 years in prison, $250,000 fine, and up to 3 years of supervised release |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
*For 922(g) cases only*

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
*For drug cases only*

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
*18 U.S.C. 924(C) ONLY*

IF YES ☐ BRANDISH
☐ DISCHARGE