UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:24-cr-136-KDB |
|---|---|
| v. | ) NOTICE OF ATTORNEY APPEARANCE |
| PETER ANTHONY THOMAS | ) |

**NOW COMES** the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the Government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 24th day of June 2024

Dena J. King
United States Attorney

/s/ Eric A. Frick
Special Assistant United States Attorney
NC State Bar No. 49212
227 West Trade Street, Suite 1650 Charlotte, NC
28202 704-344-6222 eric.frick@usdoj.gov