# UPTOWN

September 4, 2024

Dear Honorable Judge,

I, Leonard Burnett, Jr., am writing this letter on behalf of my dear friend, Peter Thomas, whom I've known since 1993. Over these three decades, I've had the privilege of witnessing Peter's growth not only as an entrepreneur but also as a father, friend, and community leader.

Our friendship began when Peter was launching his groundbreaking event, "How Can I Be Down" in Miami, Florida. At the time, I was an owner of Vibe magazine, and we partnered with Peter as a media sponsor. This initial professional connection quickly blossomed into a deep and enduring friendship.

Peter's loyalty is one of his most admirable traits, though it can sometimes be to a fault. He's the kind of friend who stands by you through thick and thin, offering steady support and encouragement. As Black business owners working to build and sustain our enterprises over the years, Peter and I have faced our share of unique challenges. We became each other's confidants, sharing our struggles, fears, and hopes while navigating a world that often expected us to project unwavering confidence.

Peter's role as a father is nothing short of exemplary. He approaches parenthood with the same passion and dedication he brings to his business ventures. I've witnessed firsthand how he prioritizes his children's needs, always ensuring they feel loved, supported, and inspired to reach for their dreams.

In our community, Peter stands as a beacon of hope and inspiration. His journey from humble beginnings to successful entrepreneur serves as a powerful narrative for those who dare to dream big. He doesn't just talk about success; he actively mentors and supports other aspiring entrepreneurs, particularly within the Black community. Peter's commitment to lifting others as he climbs is a testament to his character and his belief in the power of community.

It's important to note that Peter is not just a provider for his immediate family. He extends his support to his mother and brothers, embodying the true spirit of family leadership. This sense of responsibility and care extends beyond his blood relations to the broader community he serves.

I understand that Peter is currently facing legal challenges, likely stemming from financial difficulties and business setbacks. While I'm not privy to all the details, I can attest to Peter's integrity and his serious approach to repaying debts. If he has faltered, I believe it to be a temporary lapse in judgment rather than a reflection of his true character.

264 MALCOLM X BLVD, UNIT 1
NEW YORK, NY 10027
646-286-4470

Your Honor, I respectfully ask that you consider the full measure of Peter Thomas – the dedicated father, the loyal friend, the community leader, and the resilient entrepreneur. The Peter I know is a man of great potential and importance to many. His temporary setback should not define him, nor should it derail the positive impact he can continue to have on his family and community.

In closing, I firmly believe that Peter Thomas, if given the opportunity, will not only rectify his current situation but will emerge as an even stronger pillar of our community. He has much work yet to do, many lives yet to touch, and many dreams yet to inspire. I humbly request your leniency and understanding in this matter.

Thank you for your time and consideration.


Respectfully,



Leonard E. Burnett, Jr.

Co-Founder, CEO

UPTOWN MEDIA VENTURES