August 4, 2024

To whom it may concern,

      This letter is written on behalf of my friend, Peter Thomas.  I met Peter in Baltimore and we connected over our mirrored efforts of building a black owned business in the middle of the global COVID pandemic.  Being an entrepreneur and a provider for your family can be isolating, in that you must maintain the confidence of those depending on you, even when things seem impossible.  Doing so in the middle of a pandemic that imposes additional isolation proved to be a unique challenge.  It also presented unique business opportunities.

      We both reached for these opportunities, often becoming overstretched with none of those typically looking to us for inspiration to provide support, a bailout or back up.  We considered ourselves lucky to have a friend that could relate and encourage, reassure and cheer on, while keeping confidences.  All so rare and, as a result, all so valuable.

      Peter is important to many people, chief among them his family and children.  He is provider for his mother, brothers, and children.  He is a source of inspiration for many in his community who dare to achieve more than what was designed for them.  He is a friend and confidant to me.

      I know that Peter takes repaying his debts seriously.  If he must stop and address the consequences of falling behind, let it be brief.  He has much work yet to do.

Respectfully,

*Nia D. Banks, MD/PhD*

**Nia D. Banks, MD, PhD, FACS**
Owner/CEO

Art of Balance Wellness Spa
801 Key Highway, Unit Spa
Baltimore, MD 21230
(443) 424-4080 Spa
(443) 424-4076 Direct
www.artofbalancespa.com