To whom this may concern:

Peter Thomas has been a dear family friend to myself, wife and children for over two decades. I have personally known Peter for over 30 years. He has always been one of high character and value and an exemplary leader in our community for as long as I've known him. Peter has also been a well respected business leader in the African American community. Being an entrepreneur and business owner in my own right, I fully understand the challenges that exist with business operations in America specifically as a minority founder. Owning and operating business ventures catered to our community is tough but Peter has done so, employing hundreds if not thousands of young men and women throughout his professional career.

I respect the work Peter Thomas has done for our culture and community and hope the justice system finds leniency regarding his truly unfortunate situation.

Best,
--

Ryan Glover
Co-Founder/Chairman
email: Ryan@bankgreenwood.com
**GREENWOOD | Modern Banking for the Culture.**