

Re- Peter Thomas

24 September, 2024

To Whom It May Concern:

Peter Thomas is many things but most of all… he is my brother.

Peter and I met in1993 when I was the Head of Black Music for Epic Records, a division of Sony Music Entertainment. He came to me with an idea that had never been executed….to curate a conference celebrating hip hop in of all places..Miami Beach. At that time, nothing like this had ever been done. The "How Can I Be Down" conference was born in 1993 and the evolution of hip hop morphed into something that corporate America and the world took seriously. But more importantly, the following year, my biological brother, my only sibling, passed away and the year that Peter Thomas stepped up and became my brother.

Peter h has always taken that position in my life seriously as he does his role as an outstanding son, father and grandfather. Most people only know the side of him that media portrays but I am blessed to truly know him as the upstanding man that he is. There is nothing he would not do for his mother, brother, children or grandchildren…almost to a fault. Peter gives to others before he even considers himself which is a trait that I believe has gotten him into his current situation. In addition to being a successful entrepreneur with the business acumen of very few, he is a man who leads with his heart. His compassion for others…particularly me when I was so brokenhearted over my loss, is a true testament to the man he really is.

Although we as his tribe are saddened that he will be away from us for a period of time, we are also equally proud of how he is handling this part of his journey. My sincere prayer is that he not be away from his family and those of us who he greatly loves for an extended period of time. Wneed our Peter in our lives. He truly makes the world a better place for us all to live in.

Although we as his tribe are saddened that he will be away from us for a period of time, we are also equally proud of how he is handling this part of his journey. My sincere prayer is that he not be away from his family and those of us who he greatly loves for an extended period of time. Wneed our Peter in our lives. He truly makes the world a better place for us all to live in.


Although we as his tribe are saddened that he will be away from us for a period of time, we are also equally proud of how he is handling this part of his journey. My sincere prayer is that he not be away from his family and those of us who he greatly loves for an extended period of time. Wneed our Peter in our lives. He truly makes the world a better place for us all to live in.

Thank you.

Vivian Scott Chew