Hello Attorney Owen,

My name is Veronica Foster and I am a retired Assistant Chief of Police from the Charlotte Mecklenburg Police Department. I am writing this letter on behalf of Peter Thomas. I have known Peter for over ten years, sometime prior to him opening his business in Charlotte N.C.

I have always known him to be a hard worker coming from meager beginnings in another country. He often times would hire people with not enough experience just to give them a chance. He has always believed in giving people opportunities and often times second chances. He believes it's a part of his responsibility to help people and truly wants everyone to be successful.

I know that he is truly remorseful for his decisions which have landed him in this position. He has been under an extreme amount of stress and pressure with the closings of several of his businesses and not being able to meet his IRS obligations as well as payroll to employees. He is truly used to working things out but sometimes things go beyond your control and to mitigate the issues, he did not make the best decisions.

I truly believe going forward in any adventure he may attempt that he will obey all the laws and move in transparency and in accordance with the law. I can confirm that in the time I have known him, he has been a loyal dedicated friend and just a decent person. I hope that the judge will acknowledge that and allow him to correct his mistakes with the full knowledge and understanding of his transgressions and allow him to again be a contributing businessman to the community.

If I can be of any further assistance, don't hesitate to contact me at 704-492-5888 or by email.


Veronica Foster