Porsche Thomas
5432 Hermitage Ave, #302
Valley Village, CA 91607
Porsche.thomas@gmail.com
310-913-2924
August 22, 2024

**To Whom It May Concern:**

My name is Porsche Thomas, and I am Peter Thomas' daughter. I have had the privilege of being his firstborn, and I am writing this letter to offer a personal perspective on his character as he faces sentencing.

My dad has always been a loving and attentive father, and more recently, grandfather. He is one of the most hardworking people I know, who has dedicated his life to providing for those he loves, family and friends included. I remember throughout my childhood, he would get up and head out for the day to make his dreams a reality, never one to sit around and wait for anything to come to him.  He taught me what it means to be proactive.

One of the most admirable qualities about him is his deep sense of responsibility to underdogs.  For instance, I remember when a young man came to a venue of his in South Beach, about two decades ago, and introduced himself to my father. He was new in the city and was looking for work, and was sent to my father by a friend. My father hired him to work in his bar and invited the man, who was also looking for a place to live, to stay in his spare bedroom. That man eventually became a friend of mine and never stopped expressing his gratitude to my father, and to this day, credits my dad for giving him his start in his professional life.

Throughout my adult life, I constantly encounter people who tell me similar stories about my father's generosity and kindness.

While I understand that my dad has made mistakes, I know in my heart that these actions do not define who he is. He has expressed deep remorse for his actions, and I believe that this experience has been a profound wake-up call for him. I am confident that, given the opportunity, he will work diligently to make amends and continue being the caring, responsible person we know him to be.

I humbly ask that you consider this letter as a reflection of the good in my father. His presence in my and my children's lives is irreplaceable. My children look forward to his FaceTime calls and visits. I hope that the court will take into account his character and the positive influence he has had on so many.

Thank you for your time and consideration.


Sincerely,

*[signature]*

Porsche Thomas