Blaze Tiangco Thomas
1111 S Potomac St
Baltimore, MD 21224
blaze.tiangcothomas@gmail.com
310-738-1069
September 2, 2024


To Whom It May Concern:

My name is Blaze Tiangco Thomas, and I am the youngest daughter of Peter Thomas. As he faces sentencing, I'd like to share a heartfelt perspective on who he is and the profound impact he has had on my life and those around him.

My father is one of the hardest-working people I know. Throughout my childhood, I saw him work tirelessly toward his dreams, which not only fueled his own success but also inspired me to forge my own path. His dedication to his work is unmatched. He puts in countless hours, whether he's making high-level decisions or scrubbing floors, to ensure his business thrives and his employees are well taken care of.

His commitment often means putting the needs of others before his own financial security. I have always admired how he has sacrificed his own well-being to support those around him. His dedication reflects both his strong work ethic and deep sense of responsibility and integrity.

I understand the seriousness of the situation and the need for accountability. While I am proud of my father for facing the consequences, I hope you can see beyond this and consider the essence of who he is—a person who has always acted with the best intentions and a heart full of love for others.

Thank you for taking the time to read this letter. I hope it offers a clearer picture of my father's character and the positive impact he has had on those around him. Your understanding and compassion would mean a great deal to me and my family.

Sincerely,

*[signature]*

Blaze Tiangco Thomas