

December 12, 2024

Re: Peter Thomas Follow-Doc Series

Dear Attorney Owen:

Blue Collar Productions is currently developing a TV series based on the life of Peter Thomas. The series will look at the current activities in Peter's life, including his personal relationships, the opening of bars and restaurants, along with his legal issues. It will be done in the style of a real-life follow documentary, so that the opportunity for Mr. Thomas to comment on his views regarding his tax situation, the legal system and educating others on what they could be doing, will be present and available.

We are actively out selling the project and are hoping to have the project set-up with a buyer after the start of the new year and anticipate roughly 6 months of filming of Mr. Thomas and others in his world.

Mr. Thomas has told me that the salary he earns will go towards paying his current restitution, the substance of which, I do not have any details.

Please let me know if you have any questions regarding the development and production of the show.

Sincerely,

*Mark Rowen*

Mark Rowen
President
Blue Collar Productions
mrowen@bluecollar.com