

3550 Enon Road • Atlanta• Georgia 30349 • Tel: (770) 306.0400 •theenonchurch-YouTube Channel• www: enonchurch.org

December 18, 2024

To Whom It May Concern,

I am writing this letter to provide a character reference for Peter Thomas, whom I have known for over ten years. During this time, I have come to deeply respect Peter for his integrity, dedication, and positive contributions to those around him.

Peter and I first became acquainted through a shared TV community venture with TVOne, which transmitted into a personal friendship. Since then, I have had the opportunity to observe his character in various contexts. He consistently demonstrates kindness, responsibility, and a strong work ethic. He is a reliable individual who takes his commitments seriously and approaches challenges thoughtfully and proactively.

Beyond his personal strengths, Peter is also profoundly respected within the business community. He fosters positive relationships with everyone he interacts with, often going out of his way to lend a helping hand or offer encouragement. In addition to being a highly successful entrepreneur with exceptional business intuition, he is a man guided by his heart. His genuine compassion for others is a true reflection of his character.

I have no doubt that Peter Thomas is a man of great moral character and strong principles. He is a credit to any group or organization he belongs to, and I am confident that he will continue to make meaningful and positive contributions wherever life takes him.

If you have any further questions or would like additional information about my experiences with Peter, don't hesitate to contact me using the abovementioned contact information.


Respectfully,

Dr. Gregory L. Pollard

Mission Statement: "We Endeavor to Lift Christ, Seek the Salvation of the Unsaved, Foster Unity of Faith, and Promote a More Excellent Way of Living."

Case 3:24-cr-00136-KDB-SCR    Document 24    Filed 12/18/24    Page 1 of 1