## ✈ TPA ▸ ATL  Sun, Apr 13

Change This Flight

---

DL0759   Boeing 757-200                    Duration 1h 39m

**Depart**                                 **Arrive**

# 5:43pm                                   # 7:22pm

SUN, APR 13              ✈                 SUN, APR 13

**Tampa, FL (TPA)**                        **Atlanta, GA (ATL)**
Terminal TBD                               Domestic Terminal South
(Gate TBD)                                 (Gate TBD)

Find Sky Club Locations

Baggage Information

Nonstop

✈—On Time————————————————■
TPA                                                      ATL

---

TPA - ATL    | -- |   Main (K)
                    View Seats