# ✈ ATL ▸ TPA  Fri, Apr 11

Change This Flight

DL1525    Boeing 757                    Duration 1h 23m

**Depart**                              **Arrive**
## 12:59pm                              ## 2:22pm

FRI, APR 11             ✈               FRI, APR 11

Atlanta, GA                             Tampa, FL (TPA)
(ATL)                                   Terminal TBD
Domestic Term-                          (E64)
South
(B07)

Find Sky Club Locations

Baggage Information

Nonstop

✈—On Time ─────────────────────────────■
ATL                                                TPA

ATL - TPA       --       Main (K)
                         View Seats