# Tampa, FL

Fri, April 11 - Sun, April 13, 2025

Round Trip, 1 Passenger

Non-Refundable

Privacy Policy



Confirmation # HRPI9Z

Ticket Expiration : April 7, 2026