**Passenger Info**

Name: PETER THOMAS

| FLIGHT | SEAT |
|---|---|
| DELTA 1525 | Select Seat |
| DELTA 759 | Select Seat |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Fri, 11APR | DEPART | ARRIVE |
|---|---|---|
| DELTA 1525 Main (K) | ATLANTA 12:59pm | TAMPA, FL 2:22pm |

| Sun, 13APR | DEPART | ARRIVE |
|---|---|---|
| DELTA 759 Main (K) | TAMPA, FL 5:43pm | ATLANTA 7:22pm |